# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

NOAH JOHNSON
ADC # 094369                                                                                                    PLAINTIFF

V.                                             5:06CV00122 JMM/JFF

BRANDON KENNEMER *et al.*                                                                        DEFENDANTS

## ORDER

Pending before the Court is Plaintiff's Motion for Voluntary Dismissal of his claims against separate Defendant Brandon Kennemer (docket entry #105). Plaintiff has not been able to effect service on Defendant Kennemer and seeks dismissal without prejudice of his claims against him. For good cause shown, the motion is GRANTED and Defendant Kennemer is dismissed as a party Defendant.

DATED this  16   day of April, 2008.

                                                                                     UNITED STATES DISTRICT JUDGE