IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NOAH JOHNSON, ADC #094369                                          PLAINTIFF

Vs                          CASE NO.: 5:06CV00122 BSM-HDY

LARRY NORRIS, et al                                               DEFENDANTS

### ORDER OF DISMISSAL

The parties in this matter appeared before Magistrate Judge H. David Young on October 29, 2008, and having reached an amicable settlement and now advising the Court that this case can be dismissed,

IT IS THEREFORE ORDERED that all claims in this action shall be, and they are hereby, dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE